No. 462.   J. F. FITZGERALD CONSTRUCTION CO. v. PEDER-SEN.   December 18, 1944.   The petition for rehearing is granted and the order entered November 6, *ante*, p. 698, is vacated.   The petition for writ of certiorari to the Supreme Court of New York is granted.   *Mr. Henry E. Foley* for petitioner.   *Mr. William E. J. Connor* for respondent.